NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3062

DAN C. BOECHLER,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board
in consolidated cases DE0752040295-I-4 and DE0752040458-I-4.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Upon consideration of Dan C. Boechler's unopposed motion for a 45-day extension of time, until May 14, 2009, to file his principal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR  1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David C. Thompson, Esq.
Scott D. Austin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK